FREDBURN CONSTRUCTION CORPORATION, Appellant, v. STANDARD ACCIDENT INSURANCE COMPANY, Respondent.— Order reversed, with twenty dollars costs

and disbursements, and motion denied, with ten dollars costs. (See *Adams* v. *U. S. Fidelity & Guaranty Company*, 239 App. Div. 525; affd., 264 N. Y. 550, and *Gilmore* v. *Equitable Surety Co.*, 228 App. Div. 188.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.